JONES et al. v. SAMMON.

(Supreme Court, Appellate Term.   May 24, 1910.)

COURTS   (§   189*)—MUNICIPAL   COURTS—PROCEDURE—DISMISSAL—RIGHT   OF PLAINTIFF.

Under Municipal Court Act (Laws 1902, c. 580) § 248, plaintiff is entitled, on motion, before final submission of the cause, to a dismissal thereof without prejudice to a new action.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 189.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Saunders P. Jones and another against John Sammon. Judgment for defendant, and plaintiffs appeal. Reversed, and action dismissed.

Argued before SEABURY, LEHMAN, and PAGE, JJ.

Eugene Lanier Sykes, for appellants.

SEABURY, J. Before this cause was finally submitted, the plaintiffs asked leave to discontinue. It was the plaintiffs' right to have this motion granted, with costs against them, and without prejudice to the right to bring a new action. Section 248 of the Municipal Court Act (Laws 1902, c. 580). The learned court below, instead of granting the motion, awarded judgment on the merits for the defendant.

The judgment is reversed, with costs to the appellants, and the action dismissed, with costs against the plaintiffs, and without prejudice to the right to bring a new action. All concur.